

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00276-CR

**RAY CLARENCE BLEDSOE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-836-C2**

## MEMORANDUM OPINION

Ray Clarence Bledsoe attempts to appeal from his conviction on June 25, 2012. By letter dated August 17, 2012, the Clerk of this Court notified Bledsoe that the appeal was subject to dismissal because the trial court's certificate of right of appeal indicated that this was a plea bargain case and Bledsoe had no right to appeal. *See* TEX. R. APP. P. 26.2(a)(1); 25.2(d). The record contains a written waiver of appeal signed by Bledsoe. The Clerk also warned Bledsoe that the appeal would be dismissed unless, within 21

days of the date of the letter, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 44.3. No response has been filed.

Accordingly, this appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 20, 2012
Do not publish
[CR25]